FILED: September 17, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1826

(5:11-cv-00051-RLV-DCK)

_____

INTERSTATE EQUIPMENT CO.

      Plaintiff - Appellee

v.

ESCO CORP.

      Defendant - Appellant

_____

O R D E R

_____

The court extends the briefing schedule as follows:

Appendix due: 01/30/2015

Opening brief due: 01/30/2015

Response brief due: 03/02/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk